United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| J.L.W.J., Michael Geovanny Williams Castillo (as next friend of minor), | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-1555 |
| | § | |
| WARDEN, Hands of Healing Casa Harlingen, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER TRANSFERRING CASE**

A petition for a writ of habeas corpus under 28 U.S.C. § 2241 has been filed on behalf of J.L.W.J., a minor, by and through his attorneys. (Docket Entry No. 1). J.L.W.J. entered the United States on June 30, 2025, when he was 15 years old and was designated an Unaccompanied Minor Child by United States immigration officials. (*Id.* at 2). J.L.W.J. has been continuously detained since that time and is currently detained by the Department of Homeland Security, Immigration and Customs Enforcement (ICE) at Hands of Healing Casa Harlingen in Harlingen, Texas. (*Id.*). This petition must be transferred for the reasons explained below.

"[T]he proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242); *see also* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). A petitioner can seek a writ of habeas corpus under 28 U.S.C. § 2241 only from a district court with jurisdiction over either the detainee or his custodian. *See Blau v. United States*, 566 F.2d 526, 527 (5th Cir. 1978) (per curiam) (citing *Braden v. 30th Jud. Cir. Ct.*, 410 U.S. 484 (1973)).

When the § 2241 petition was filed, J.L.W.J was detained at Hands of Healing Casa Harlingen. The proper respondent is the Custodian or Program Administrator of the Hands of Healing Casa Harlingen. *See Rumsfeld*, 542 U.S. 434. The Hands of Healing Casa Harlingen is located in Cameron County, which is in the Brownsville Division of the Southern District of Texas. *See* 28 U.S.C. § 124(b)(4). A district court has discretion to transfer a habeas petition in the interest of justice to another district court for hearing and determination. *See* 28 U.S.C. § 2241(d). Because J.L.W.J is being detained in Cameron County, where the respondent is also located, the court will transfer this case to the Brownsville Division.

The Clerk of Court is **ordered** to **transfer** this action to the Brownsville Division under 28 U.S.C. § 2241(d).

The Clerk will provide a copy of this Order to counsel for the petitioner. All further pleadings, motions, and correspondence must be filed with the Brownsville Division after counsel receives notice of the new case number.

SIGNED on February 27, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge