United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL GEOVANNY WILLIAMS CASTILLO,** as next friend of minor, **J.L.W.J.,**<br>Petitioner, | § | |
| v. | § | Civil Action No. **1:26-cv-243** |
| **MIGUEL VERGARA**, in his official capacity, Field Office Director of Harlingen Field Office, United States Immigration and Customs Enforcement, *et al.*,<br>Respondents. | § | |

**ORDER**

Before the Court is Petitioner Michael Geovanny Williams Castillo's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition") on behalf of minor J.L.W.J.; Castillo lists various respondents (hereinafter, the "Government). Dkt. No. 1 at 1. Castillo claims that the detention of J.L.W.J, a citizen of Honduras, violates the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), the Immigration and Nationality Act ("INA"), and the Fifth Amendment's Due Process Clause. Dkt. No. 1 at 2, 11–16.

It does not plainly appear from Castillo's § 2241 Petition that J.L.W.J is not entitled to the requested relief. Castillo's allegations, taken together, suffice to raise genuine questions as to whether his continued detention violates federal law and the United States Constitution. Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The Government is **ORDERED** to file a response to Castillo's § 2241 Petition on or before **June 9, 2026**. If Estevez-Herrera wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

**SIGNED** on this **2nd** day of **June, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**