United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| J .L.W.J., MICHAEL GEOVANNY | § | |
| WILLAMS, CASTILLO | § | |
| AS NEXT FRIEND OF MINOR,, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00243 |
| | § | |
| MIGUEL VERGARA, *et al*., | § | |
| "Respondents." | § | |

# ORDER

Before the Court is Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" ("Voluntary Dismissal") (Dkt. No. 7).

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioner's claims against the Defendants are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 3, 2026

Rolando Olvera
United States District Judge